

# Case Assignment
## Standard Criminal Assignment

Case number **3:21CR-134-BJB**

Assigned : Judge Benjamin Beaton
Judge Code : B213

Assigned on 10/18/2021 3:29:56 PM
Transaction ID: 61699

Request New Judge    Return