**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

**UNITED STATES OF AMERICA**                                                      **PLAINTIFF**

**v.**                                                                          **CASE NO. 3:21-CR-134-BJB**

**MICHAEL SIATS**                                                                 **DEFENDANT**

### APPEARANCE OF COUNSEL

Comes now Patrick J. Renn and enters his appearance herein as counsel for the Defendant, Michael Siats.

    Respectfully Submitted,

    /s/ Patrick J. Renn
    600 West Main Street, Suite 100
    Louisville, Kentucky 40202
    (502) 540-5700
    (502) 568-3600 (fax)
    prenn@600westmain.com

### CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2021, I electronically filed with the Clerk of the Court by using the CM/ECF system, which will serve notice of electronic filing to all attorneys of record.

    /s/ Patrick J. Renn
    600 West Main Street, Suite 100
    Louisville, Kentucky 40202
    (502) 540-5700
    (502) 568-3600 (fax)
    prenn@600westmain.com