**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

**UNITED STATES OF AMERICA**                                                          **PLAINTIFF**

v.                                                **CIVIL ACTION NO. 3:21CR-134-BJB**
                                                              *Electronically Filed*

**MICHAEL SIATS**                                                               **DEFENDANT**

## NOTICE OF FILING

The United States, by counsel, Amy M. Sullivan, Assistant United States Attorney, hereby files the attached Declaration of Publication and Advertisement Certification Report in the above case.

                                                       Respectfully submitted,

                                                       MICHAEL A. BENNETT
                                                       UNITED STATES ATTORNEY


                                                          s/ *Amy M. Sullivan*
                                                       Amy M. Sullivan
                                                       Assistant United States Attorney
                                                       717 West Broadway
                                                       Louisville, Kentucky 40202
                                                       (502) 582-5911