**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

UNITED STATES OF AMERICA                  PLAINTIFF

v.                  CRIMINAL NO. 3:21CR-134-BJB
*Electronically Filed*

MICHAEL SIATS                  DEFENDANT

**MOTION FOR FINAL DECREE**
**AND ORDER OF FORFEITURE**

The United States moves this Court for a Final Decree and Order of Forfeiture, based upon the previously entered Preliminary Order of Forfeiture. A proposed Final Decree and Order of Forfeiture is submitted herewith.

Respectfully submitted,

MICHAEL A. BENNETT
UNITED STATES ATTORNEY

s/*Amy M. Sullivan*
Amy M. Sullivan
Assistant U.S. Attorney
717 W. Broadway
Louisville, Kentucky 40202
(502) 582-5911
(502) 582-5097
amy.sullivan@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on May 5th, 2022, I electronically filed the foregoing using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

s/*Amy M. Sullivan*
Amy M. Sullivan
Assistant United States Attorney