UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **PLAINTIFF** |
| v. | CRIMINAL NO. 3:21CR-134-BJB<br>*Electronically Filed* |
| **MICHAEL SIATS** | **DEFENDANT** |

### FINAL DECREE AND ORDER OF FORFEITURE

WHEREAS, on March 4, 2022, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253 and pursuant to the defendant's guilty plea to Count 1 of the Information;

AND WHEREAS, notice of the United States' intention to dispose of the property in accordance with the law and further notifying all third parties of their right to file a claim with the Court for a hearing to adjudicate the validity of their alleged legal interest in the property, was published on the United States' website (www.forfeiture.gov) for thirty consecutive days, beginning on March 5, 2022;

AND WHEREAS, no person or entity filed a claim asserting an interest in the property forfeited herein, and the time for doing so has passed;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. That the following property be forfeited to the United States of America and no right, title or interest in the property shall exist in any other party:

    a. **Toshiba laptop, S/N 17221083K;**
    b. **Hitachi hard drive, S/N Z2SNNG8J;**
    c. **Western Digital External hard drive, S/N WXEY08UM2980; and**
    d. **Maxtor hard drive, S/N BY0ETZEM.**

2. That the Court finds that the property is subject to forfeiture pursuant to 18 U.S.C. § 2253, and since no person or entity has filed a claim to this property, default judgment against all other persons is hereby entered;

3. That the United States Customs and Border Protection or any duly authorized law enforcement agency shall forthwith seize the forfeited property and dispose of it in accordance with the law;

4. That all right, title, and interest to the property described above is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law;

5. That the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order;

6. That any and all forfeited property and the proceeds of sale from any forfeited property, after payment of costs and expenses incurred in connection with the forfeiture, sale, or other disposition of the forfeited property, shall be deposited forthwith by the United States Department of Homeland Security into the Treasury Executive Asset Forfeiture Fund in accordance with 28 U.S.C. § 524(c).

Benjamin Beaton, District Judge
United States District Court

May 6, 2022